United States District Court
Southern District of Texas
**ENTERED**
April 13, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

PABLO EMILIO CUEVA-SALAS          §
                                  §
            Petitioner,           §
                                  §
v.                                §      CIVIL ACTION NO. H-26-0232
                                  §
RANDY TATE, et al.,               §
                                  §
            Respondents.          §

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Respondents' Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against the Petitioner.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 13th day of April, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE